David JOHNSON, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 2011–3064.

United States Court of Appeals, Federal Circuit.

Jan. 28, 2011.

David Johnson, Oak Park, IL, pro se.

ON MOTION

ORDER

David Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.